UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CANADIAN STANDARDS           CASE NO.: 3:19-cv-00276-BJD-JBT
ASSOCIATION d/b/a CSA GROUP,

    Plaintiff,

v.

GOLDEN DRAGON ASSOCIATION,
INC. d/b/a GOLDEN LIGHTING,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF SCHEDULING MEDIATION

Plaintiff, Canadian Standards Association d/b/a CSA Group, by and through its undersigned counsel, and pursuant to the Court's May 13, 2019 Order of Referral to Mediation (Docket No. 16), hereby gives notice of scheduling mediation Tuesday, July 23, 2019 at 10:00 a.m., with James M. Matulis, Esq., at the offices of Stoler Russell Kenner and Verona P.A., 201 N. Franklin Street, Suite 3050, Tampa, FL 33602.

I HEREBY CERTIFY that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I provided the foregoing document and the notice of electronic filing by email to Stefan V. Stein, Esq. and William V. Stein, Esq., GrayRobinson, P.A., 401 East

Jackson Street, Suite 2700, Tampa, Florida 33602, stefan.stein@gray-robinson.com, william.stein@gray-robinson.com.

        /s/ Michael W.O. Holihan
Michael W. O. Holihan
Florida Bar No.: 0782165
Kimberly A. Harchuck
Florida Bar No.: 0064852
Holihan Law
1101 North Lake Destiny Rd.
Suite 275
Maitland, Florida 32751
Telephone: (407) 660-8575
Fax: (407) 660-0510
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Plaintiff